In the Matter of LINDA G. NELSON MADDOX, Appellant, v STATE
UNIVERSITY OF NEW YORK AT ALBANY et al., Respondents.

Submitted April 2, 2007; decided May 8, 2007

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 803]. Motion for poor person relief dismissed as academic.